# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **LINK ENGINE TECHNOLOGIES LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **VIMEO, LLC** <br><br> Defendant. | **Lead Case No. 2:16-cv-1070-JRG-RSP** |
| **LINK ENGINE TECHNOLOGIES LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **M. ROBERTS MEDIA,** <br><br> Defendant. | **Member Case No.: 2:16-cv-1076-JRG-RSP** |

## **DEFENDANT M. ROBERTS MEDIA NOTICE OF DISCLOSURES**

Defendant M. Roberts Media hereby notifies the Court and all parties of record that on February 21, 2017, Defendant disclosed its Initial and Additional Disclosures as required by the Court's January 3, 2017 Order Setting Status Conference (Dkt. 23).

Dated:  February 21, 2017	Respectfully submitted,

/s/ Claire Abernathy Henry
Claire Abernathy Henry
State Bar No. 24053063
WARD, SMITH & HILL, PLLC
P.O. Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
E-mail: claire@wsfirm.com

**ATTORNEY FOR DEFENDANT
M. ROBERTS MEDIA**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record in this action by email on this the 21th day of February, 2017.

/s/ *Claire Abernathy Henry*
Claire Abernathy Henry